

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00727-CV

**IN THE INTEREST OF K.M.J**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02187
Honorable Martha Tanner, Judge Presiding

# O R D E R

In this accelerated appeal of the trial court's order terminating Appellant's parental rights to the child, the reporter's record was due on October 19, 2018. *See* TEX. R. APP. P. 35.1(b).

On October 22, 2018, court reporter David R. Zarate filed a notification of late reporter's record. He indicated his other duties preclude him from working on the record, and he expects to file the record by November 2, 2018.

On October 23, 2018, this court ordered Appellant to show cause why this appeal should not be dismissed for want of jurisdiction. We suspended all other appellate deadlines, including the reporter's record deadline, pending further order of this court.

The court reporter's notice of late record is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court